# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

John Perkins

CASE/CITATION NO. 3:14-mj-0051CMK

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

CITY     STATE     ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 1-27-15        _____
                    DEFENDANT'S SIGNATURE

1 year informal court probation:

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 990.00  and a penalty assessment of $ 10.00  for a TOTAL AMOUNT OF: $ 1,000.00  within  6  days/months or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
completed by _____
Defendant shall comply with the attached Conditions.

**PAYMENTS** must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~
~~PO BOX 70939~~
~~CHARLOTTE, NC 28272-0939~~

~~CLERK, USDC~~
~~2500 TULARE ST., RM. 1501~~
~~FRESNO, CA 93721-1322~~

**CLERK, USDC**
**501 I STREET, STE. 4-200**
**SACRAMENTO, CA 95814-2322**

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 1-27-15        _____
                    U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                              EDCA-3



| United States Department of Agriculture | Forest Service | Law Enforcement and Investigations Plumas National Forests | 159 Lawrence St. Quincy, CA 95971 Phone: (530) 283-7646 |
|---|---|---|---|

1/13/2015

John Perkins
511 Pearson Rd.
Paradise, CA 95969

Mr. Perkins:

Attached is 222 pages of discovery for the above matter. The government's offer to dispose of the matter is as follows:

In exchange for a plea of guilty to any one of the charges contained in the complaint, the government and the defendant will jointly recommend a total fine, processing fee and special assessment of $1000, and the defendant shall complete the following remediation as a term of court probation: 1) the defendant shall obscure the newly constructed road referenced in the complaint, by spreading certified weed-free straw upon the surface of the road. 2) The defendant shall obliterate the road access from the defendant's property to the national forest system lands at the point where the newly constructed road enters the Plumas National Forest. Court probation shall terminate upon full payment of the fine and completion of above remediation.

In exchange, the government will dismiss the remaining counts of the information at the time of judgment and sentencing. Please do not hesitate to call with any questions.

Thank you,

/s/ *Joseph M. Cook*

**Joseph M. Cook**
Patrol Captain
Lake Tahoe Basin Management Unit & Tahoe National Forest



Caring for the Land and Serving People



Printed on Recycled Paper